IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FLORENCE W., Parent and Next of Friend of M.W.,     Plaintiffs/Cross-Defendants, <br><br>And <br><br> METROPOLITAN SCHOOL DISTRICT OF LAWRENCE TOWNSHIP,     Defendant/Cross-Plaintiff. | )<br>)<br>)<br>)<br>)   CAUSE NO.: 1:18-cv-2698 RLY-TAB<br>)<br>)<br>)<br>) |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITIONER'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiffs, by counsel, and do respectfully request an extension of time to file their Motion for Summary Judgment. In support of this motion, Plaintiffs hereby offer the following:

1. On July 11, 2019, this Court approved the parties Case Management Plan, which set forth the following briefing schedule:

September 20- Plaintiffs' Motion for Summary Judgment

October 20-Defenant's Cross Motion and Response

November 20- Plaintiffs' Response and Reply

December 5- Defendant's Reply

2. Plaintiffs' counsel encountered some unexpected emergencies in other matters that required attention in the past two weeks, that was reserved to draft Plaintiffs' brief.

3. Plaintiffs are requesting a five (5) day extension of time to finish the briefing. Counsel has spoken with Defendant's counsel, who does not oppose the motion.

4. Plaintiffs are proposing the following amendments:

September 25, 2019- Plaintiffs' Motion for Summary Judgment

October 25, 2019- Defendant's Cross Motion and Response

November 25, 2019- Plaintiff's Response and Reply

December 10, 2019- Defendant's Reply.

 Wherefore, for these reasons, Plaintiffs respectfully an extension of time to file their Motion for Summary Judgment and adjustment to the Response/Reply timeline as well as for all other relief deemed just.

        Respectfully submitted,
        CURLIN & CLAY LAW, ASSOCIATION OF ATTORNEYS,

        /s/ Alexandra M. Curlin (Atty. No. 24841-49)
        8510 Evergreen Avenue, Ste. 200
        Indianapolis, IN  46240
        T: (317) 202-0301
        F: (317) 536-3663
        amcurlin@curlinclaylaw.com

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing was served to the following individual(s) via this Court's Electronic Filing System:

Alexandra Pinegar
apinegar@cchalaw.com

           /s/ Alexandra M. Curlin